THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OMAR ORTEGA-CHAVEZ,<br><br>Defendant. | CASE NO. CR16-0136-JCC<br><br>ORDER ON MOTIONS TO SEAL |

This matter comes before the Court on the Government's and Defendant's motions to maintain their sentencing documents under seal (Dkt. Nos. 262, 264). For the reasons described below, the Court GRANTS in part and DENIES in part the motions. Exhibits 1–3 of the Government's sentencing memorandum (Dkt. Nos. 265-1, 265-2, 265-3) do not contain sensitive information and need not be maintained under seal. However, good cause exists to maintain the parties' remaining sentencing documents under seal. Those documents contain sensitive personal information such that Defendant's privacy interests in those documents outweigh the public's right to access them. Accordingly, the Clerk is DIRECTED to unseal Exhibits 1–3 of the Government's sentencing memorandum (Dkt. Nos. 265-1, 265-2, 265-3). The remaining documents, namely the Government's sentencing memorandum (Dkt. No. 265) and Defendant's sentencing memorandum and related exhibits (Dkt. Nos. 263, 263-1), may remain under seal.

//

1    DATED this 4th day of June 2018.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER ON MOTIONS TO SEAL
CR16-0136-JCC
PAGE - 2